**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

Mallory A. Stoneking

    Debtor(s)

Bankruptcy Case No.: 18-23567-GLT
Related to Doc.
Chapter: 13
Docket No.:

NOTICE OF
CHANGE OF ADDRESS

Undeliverable Address

    Creditor Name:    Citifinancial
                                     5356 Atlanta Highway
                                     Montgomery, AL 36109-3324

Corrected Address:

    Creditor Name:    Citifinancial
                                     1100 West Pittsburgh, Street, Suite 11
                                     Greensburg, PA 15601

Dated: September 25, 2018

/s/Justin P. Schantz, Esquire
Electronic Signature of Debtor(s)' Attorney
Law Care
David A. Colecchia and Associates
324 South Maple Ave.
Greensburg, PA 15601
724-837-2320
PA Bar I.D. 210198
jschantz@my-lawyers.us