FILED
10/9/18 12:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF THE UNITED STATES

IN RE:   Mallory A. Stoneking,

Debtor,

vs.

No Respondents,

Bankruptcy No: 18-23567-GLT

Chapter  13

Docket Document No.

Motion JPS-2

Related to Document No. 15

ORDER OF COURT

AND NOW, this _9th Day of October, 2018                            sufficient cause
being present, the Court grants an added__10 Days or until October 15 ,                        ,
2018 to complete the Debtor's filings   No further extensions will be granted.

BY THE COURT:

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-23567-GLT
Mallory A. Stoneking                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala              Page 1 of 1           Date Rcvd: Oct 09, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2018.
db             +Mallory A. Stoneking,    402 Fayette Street,    Belle Vernon, PA 15012-1831

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2018 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company bkgroup@kmllawgroup.com
          Justin P. Schantz    on behalf of Debtor Mallory A. Stoneking jschantz@my-lawyers.us,
           colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjulia
           no@my-lawyers.us;ekudlock@my-lawyers.us
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                      TOTAL: 4