# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :         Bankruptcy No. 18-23567 GLT
    Mallory A. Stoneking

                                                      :         Chapter 13

Debtor(s)                                  :

## NOTICE OF CHANGE OF ADDRESS

Undeliverable Address

    Creditor Name:        Citifinancial
    Incorrect Address:    1100 West Pittsburgh Street, Suite 11
                                    Greensburg PA 15601

Corrected Address:

    Debtor Name:          CitiFinancial
    Correct Address:       605 Munn Road
                                    Fort Mill, SC 29715


                                                          /s/Justin P. Schantz, Esquire
Dated: October 21, 2018                   Electronic Signature of Debtor(s)' Attorney
                                                          Law Care
                                                          David A. Colecchia and Associates
                                                          324 South Maple Ave.
                                                          Greensburg, PA 15601
                                                          724-837-2320
                                                          PA Bar I.D. 210198
                                                          jschantz@my-lawyers.us