UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                  Bankr. Case No. 18-23567-GLT-13

MALLORY A. STONEKING                                                                 Chapter 13
    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By  /s/  Mandy Youngblood

        Mandy Youngblood
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 18-23567-GLT-13

MALLORY A. STONEKING  Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on October 9, 2018 :

    JUSTIN P SCHANTZ      Ronda Winnecour
    324 S MAPLE AVE      600 Grant Street
    GREENSBURG, PA  15601      Suite 3250 USX Tower
    Pittsburgh, PA 15219

By  /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx67293 / 968831