# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

- **Debtor:** MALLORY A. STONEKING
- **Case Number:** 18-23567-GLT          **Chapter:** 13
- **Date / Time / Room:** THURSDAY, MARCH 28, 2019 01:00 PM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

*Matter:*

#17 - Final Confirmation of Plan Dated 10/8/2018 (NFC)
R / M #: 17 / 0

*Appearances:*       Schantz

- Debtor:
- Trustee: Winnecour / (Pail) / Katz / DeSimone
- Creditor:

Warnabrodt – Bayview

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to __4/18/19__ at __3:30__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

3/21/2019   2:28:57PM