FILED
5/31/19 3:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | Case No. 18-23567-GLT |
| : | Chapter 13 |
| MALLORY A. STONEKING, : | |
| : | |
| Debtor(s). : | |
| : | |
| : | |
| RONDA J. WINNECOUR, Trustee, : | |
| : | |
| Movant, : | |
| : | Hearing Date:  July 3, 2019 at 11:00 AM |
| v. : | |
| : | Response Date:  June 17, 2019 |
| MALLORY A. STONEKING, : | |
| : | |
| Respondent(s). : | |
| : | |

**NOTICE AND ORDER SCHEDULING HEARING
AND RESPONSE DEADLINE REGARDING MOTION OF THE
CHAPTER 13 TRUSTEE TO DISMISS CHAPTER 13 BANKRUPTCY CASE**

TO THE RESPONDENT(S), CREDITORS, AND PARTIES IN INTEREST:

      YOU ARE HEREBY NOTIFIED THAT the chapter 13 trustee made an oral motion (the "Motion") requesting the dismissal of this bankruptcy case.

      YOU ARE FURTHER NOTIFIED THAT if you object to the dismissal of this bankruptcy case, you must file and serve upon the chapter 13 trustee a response to the Motion **by no later than June 17, 2019**, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the Honorable Gregory L. Taddonio as found on the Court's webpage at www.pawb.uscourts.gov.  If you fail to timely file and serve a written response, this bankruptcy case will be dismissed and no further hearing will be held.

      YOU ARE FURTHER NOTIFIED THAT if a response is timely filed, a hearing will be held on **July 3, 2019 at 11:00 a.m.** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.

      YOU ARE FURTHER NOTIFIED THAT to the extent the Court does not grant the Motion, it may conduct a hearing to consider confirmation of the Debtor(s)' Chapter 13 Plan Dated October 8, 2018 [Dkt. No.17] at the same date and time as the hearing on the Motion without additional notice to the parties.

      The Chapter 13 Trustee shall *immediately* serve this Notice on those persons and entities required to receive notice of the Motion pursuant to the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and/or the Local Rules of this Court, and file a certificate of service evidencing same.

Dated:  May 31, 2019

                                     _____
                              GREGORY L. TADDONIO, **drb**
                              UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                  Case No. 18-23567-GLT
Mallory A. Stoneking                                    Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2        User: mgut            Page 1 of 1          Date Rcvd: May 31, 2019
                            Form ID: pdf900       Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2019.
db              +Mallory A. Stoneking,    402 Fayette Street,    Belle Vernon, PA 15012-1831
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0
```

```
        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2019                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2019 at the address(es) listed below:
        James  Warmbrodt   on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
          Liability Company bkgroup@kmllawgroup.com
        Justin P. Schantz   on behalf of Debtor Mallory A. Stoneking jschantz@my-lawyers.us,
          colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjulia
          no@my-lawyers.us;ekudlock@my-lawyers.us
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
        S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
          srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                          TOTAL: 5
```