FILED
6/19/19 10:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No. 18-23567-GLT |
| MALLORY A. STONEKING | : Chapter 13 |
| | : |
| Debtor. | : |
| | : |

## ORDER DISMISSING CASE WITHOUT
## PREJUDICE AND TERMINATING WAGE ATTACHMENT

**AND NOW**, an oral motion (the "Motion") to dismiss this case having been made by the Chapter 13 Trustee (the "Trustee"), and notice of the Motion having been given and no response or objection having been filed, it is hereby **ORDERED, ADJUDGED AND DECREED that**:

    1.    The above-captioned case is **DISMISSED without prejudice**. The Debtor(s) remain(s) legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349. Creditors are directed to 11 U.S.C. § 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs or 30 days after the date of this Order, whichever is later.

    2.    Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this Order on such employer and entity.

    3.    The Court retains jurisdiction over the Trustee's final report and account and the Trustee's certificate of distributed funds. Following submission of a final accounting and certification of distributed funds, the Trustee shall be deemed discharged from her duties in this case and the case shall be deemed closed without further Order of Court.

    4.    The Clerk of Court shall give notice to all creditors of this dismissal

Dated: June 19, 2019

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to mail to:
All Creditors and Parties in Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 18-23567-GLT
Mallory A. Stoneking                                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala              Page 1 of 2              Date Rcvd: Jun 19, 2019
                              Form ID: pdf900         Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2019.
db            +Mallory A. Stoneking,    402 Fayette Street,    Belle Vernon, PA 15012-1831
cr            +Americredit Financial Services, Inc. Dba GM Financ,    P.O Box 183853,
               Arlington, TX 76096-3853
cr            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
               Pittsburgh, PA 15233-1828
14931229     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court: Americredit Financial Services, Inc.,     dba GM Financial,
               PO Box 183853,    Arlington, TX 76096)
14912050     +CitiFinancial,    605 Munn Road,   Fort Mill, SC 29715-8421
14912051      GM Financial,    P. O. Box 78143,    Phoenix, AZ 85062-8143
14936393      Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
14912052     +Westmoreland County Tax Claim Bureau,    2 North Main Street, Suite 406,
               Greensburg, PA 15601-2417
14937435     +Westmoreland County Tax Claim Bureau,    40 N. Pennsylvania Ave. Suite 109,
               Greensburg, PA 15601-2341

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jun 20 2019 02:41:06
               Americredit Financial Services, Inc. Dba GM Financ,    P.O Box 183853,
               Arlington, TX 76096-3853
14931229      E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jun 20 2019 02:41:06
               Americredit Financial Services, Inc.,    dba GM Financial,    PO Box 183853,
               Arlington, TX 76096
14945533     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 20 2019 02:41:34
               Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
               Coral Gables, FL 33146-1837
14926339      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 20 2019 02:51:52
               Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
14912051      E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jun 20 2019 02:41:06     GM Financial,
               P. O. Box 78143,    Phoenix, AZ 85062-8143
14931909      E-mail/PDF: resurgentbknotifications@resurgent.com Jun 20 2019 02:51:18     LVNV Funding, LLC,
               c/o Resurgent Capital Services,    PO BOX 10675,   Greenville, SC 29603-0675
14947320      E-mail/PDF: resurgentbknotifications@resurgent.com Jun 20 2019 02:51:36
               LVNV Funding, LLC its successors and assigns as,    assignee of Capital One Bank (USA), N.A.,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Bayview Loan Servicing, LLC, a Delaware Limited Li
14939021*    ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court: Americredit Financial Services, Inc.,     Dba GM Financial,
               P.O Box 183853,    Arlington, TX 76096)
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2          User: aala               Page 2 of 2              Date Rcvd: Jun 19, 2019
                              Form ID: pdf900          Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2019 at the address(es) listed below:

        James Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com
        Justin P. Schantz    on behalf of Debtor Mallory A. Stoneking jschantz@my-lawyers.us, colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

                                                                                   TOTAL: 5