**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MALLORY A. STONEKING<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:18-23567 GLT<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

 1. The case was filed on 09/07/2018 and confirmed on 11/07/2018 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

 2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 1,300.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 1,300.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 223.10 | |
| Trustee Fee | 62.40 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 285.50 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| BAYVIEW LOAN SERVICING LLC** | 0.00 | 615.76 | 0.00 | 615.76 |
| Acct: 0256 | | | | |
| WESTMORELAND COUNTY TAX CLAIM BUI | 15,761.39 | 0.00 | 0.00 | 0.00 |
| Acct: 0371 | | | | |
| BAYVIEW LOAN SERVICING LLC** | 8,046.44 | 0.00 | 0.00 | 0.00 |
| Acct: 0256 | | | | |
| WELLS FARGO BANK NA | 6,382.64 | 0.00 | 0.00 | 0.00 |
| Acct: 3461 | | | | |
| AMERICREDIT FINANCIAL SVCS INC DBA G | 10,787.36 | 61.64 | 337.10 | 398.74 |
| Acct: 7293 | | | | |
| | | | | 1,014.50 |
| **Priority** | | | | |
| JUSTIN P SCHANTZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MALLORY A. STONEKING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAW CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 18-23567 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| JUSTIN P SCHANTZ ESQ | 3,750.00 | 223.10 | 0.00 | 0.00 |
| Acct: | | | | |
| JUSTIN P SCHANTZ ESQ | 1,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WELLS FARGO BANK NA | 323.72 | 0.00 | 0.00 | 0.00 |
| Acct: 3461 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 378.99 | 0.00 | 0.00 | 0.00 |
| Acct: 7003 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 607.63 | 0.00 | 0.00 | 0.00 |
| Acct: 6697 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 324.06 | 0.00 | 0.00 | 0.00 |
| Acct: 9559 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | * * * N O N E * * * | | | |

TOTAL PAID TO CREDITORS                                                                                                    1,014.50

TOTAL CLAIMED
PRIORITY          0.00
SECURED       40,977.83
UNSECURED      1.634.40

Date: 07/12/2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com